UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DONALD RAY MAPES**  **CIVIL ACTION**

**VERSUS**  **NO. 15-859**

**ROBERT TANNER**  **SECTION: "H"(3)**

### REPORT AND RECOMMENDATION

Petitioner, Donald Ray Mapes, was convicted in state court of first degree robbery and sentenced as a second offender to a term of twenty years imprisonment without benefit of probation or suspension of sentence. State v. Mapes, No. 2006 KA 1071, 2006 WL 3813703 (La. App. 1st Cir. Dec. 28, 2006), writ denied, 964 So.2d 938 (La. 2007). On March 19, 2015, he filed the instant federal application seeking *habeas corpus* relief. On October 13, 2015, petitioner's counsel, Carol Anne Kolinchak, notified the Court that petitioner recently died. In a telephone conversation with an official of the Elayn Hunt Correctional Center, court staff confirmed that petitioner died on September 11, 2015.

Petitioner's death renders this case moot. Lockhart v. McCree, 476 U.S. 162, 168 n.2 (1986); Knapp v. Baker, 509 F.2d 922 (5th Cir. 1975); Gornto v. MacDougall, 482 F.2d 361 (5th Cir. 2000); McClellan v. Cockrell, Civ. Action No. 4:03-CV-175, 2003 WL 21434165 (N.D. Tex. May 27, 2003).

### RECOMMENDATION

It is therefore **RECOMMENDED** petitioner's federal application for *habeas corpus* relief be **DISMISSED AS MOOT**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  28 U.S.C. § 636(b)(1); <u>Douglass v. United Services Auto. Ass'n</u>, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

New Orleans, Louisiana, this fourteenth day of October, 2015.

*[signature: Daniel E. Knowles, III]*

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**